# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

145353 & (12)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KENT E. SEXTON,
      Defendant-Appellant.

SC: 145353
COA: 309358
Wayne CC: 99-007414

_____/

On order of the Court, the application for leave to appeal the May 18, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to correct the record is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

_____
Clerk

t0917